UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60126-AHS

W. ZANE MORGAN, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

        Plaintiff,

vs.

CLARITY LAB SOLUTIONS, LLC, a Florida
Limited liability company, and DANIEL LEGER,
an individual,

        Defendants,
_____/

## JOINT SCHEDULING CONFERENCE REPORT

Plaintiff, ZANE MORGAN ("Plaintiff") and Defendants, CLARITY LAB SOLUTIONS, LLC and DANIEL LEGER (hereinafter, "Defendants") (collectively, "Parties"), pursuant to S.D. Fla. L.R. 16.1 and this Court's Order dated February 19, 2020, submit their Joint Scheduling Conference Report as follows:

**A.**  **Likelihood of settlement:**

Unknown at this time but the parties will discuss settlement in good faith.

**B.**  **Likelihood of appearance in the action of additional parties:**

Plaintiff intends to move for preliminary collective certification.

**C.**  **Proposed limits on the time:**

The parties agree to a standard track.

    **i.**    **To join other parties and to amend the pleadings:** March 13, 2020

    **ii.**    **To file and hear motions:** February 8, 2021

    ***iii.***   **To complete discovery:** December 16, 2020

**D.**   **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

Counsel shall meet before the Pretrial Conference or Calendar Call to discuss proposals for the formulation and simplification of the issues. Otherwise, none at this time.

**E.**   **Necessity or desirability of amendments to the pleadings.**

None anticipated, but Parties will adhere to the Rules regarding the same.

**F.**   **Possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence:**

The parties will continue to work diligently to admit facts and evidence so as to avoid unnecessary proof at trial. The Parties propose that counsel meet after the applicable discovery cut-off date and before the pre-trial conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

**G.**   **Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The Parties agree to cooperate in developing pretrial stipulations to avoid unnecessary proof and cumulative evidence.

**H.**   **Suggestions on the advisability of referring matters to the Magistrate Judge or master:**

The parties have no objection to referring discovery matters to the magistrate judge with all other matters to be determined by the trial judge.

I.      **Preliminary estimate of the time required for trial:**

The parties estimate the trial shall last approximately 3 – 5 days.

J.      **Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

      Pretrial Conference: To Be Announced.

      Trial:   March 29, 2021

K.      **Other information that might be helpful to the Court in setting the case for status or pretrial conference:**

      None at this time.

L.      **Agreement as to electronic service of discovery**

**The parties agree to service of written discovery requests and responses via electronic mail.**

M.      **Other information that might be helpful to the Court in setting the case for status or pretrial conference:**

      None at this time.

      DATED this __9th__ day of **March,** 2020.

                                  Respectfully Submitted,

| _/s/ Nolan Klein_ | _/s/ Thomas H. Loffredo_ |
|---|---|
| Nolan Klein, Esq. | Thomas H. Loffredo, Esq. |
| Law Offices of Nolan Klein, P.A. | Scott L. Cagan, Esq. |
| Fla. Bar No. 647977 | GRAYROBINSON, P.A. |
| 5550 Glades Road, Ste. 500 | 401 E. Las Olas Blvd., Suite 1000 |
| Boca Raton, FL 33431 | Fort Lauderdale, FL 33301 |
| Ph: (954) 745-0588 | Ph:  (954) 761-8111 |
| Fax: (877) 253-1691 | Fax: (954) 761-8112 |
| klein@nklegal.com | tom.loffredo@gray-robsinson.com |
| _Attorneys for Plaintiff_ | scott.cagan@gray-robinson.com |
| | _Attorneys for Defendants_ |