UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-60126-AHS

W. ZANE MORGAN, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

        Plaintiff,

vs.

CLARITY LAB SOLUTIONS, LLC, a Florida
Limited liability company, and DANIEL LEGER,
an individual,

        Defendants,
_____/

## PROPOSED JOINT SCHEDULING ORDER

This action came for consideration on the Parties' Joint Scheduling Report, and the issues having been duly considered,

It is hereby Ordered that the case is placed on a standard case management track and the following deadlines put in place:

| Date | Deadline |
|---|---|
| March 13, 2020 | Parties shall exchange initial disclosures. |
| March 13, 2020 | Joinder of Additional Parties and motions for class certification. |
| June 15, 2020 | Parties shall exchange expert witness summaries and reports. |
| August 10, 2020 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| August 24, 2020 | Parties exchange rebuttal expert witness summaries and reports. Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |

| | |
|---|---|
| December 16, 2020 | All discovery, including expert discovery, shall be completed. |
| June 5, 2020 | A mediator must be selected. |
| January 11, 2021 | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| December 7, 2020 | Mediation shall be completed. |
| February 25, 2021 | All Pretrial Motions and Memoranda of Law must be filed. |
| March 8, 2021 | Joint Pretrial Stipulation must be filed. |
| March 15, 2021 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| March 22, 2021 | Deposition designations must be filed. |
| March 29, 2021 | Beginning of Trial Period. |
| None at this time | Additional deadlines (please specify). |

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of March, 2020.

_____
HON. RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

*Copies furnished to:* All counsel of record