UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-cv-60126-AHS

W. ZANE MORGAN, and all
others similarly situated pursuant to
29 U.S.C. §216(b),

      Plaintiff,

vs.

CLARITY LAB SOLUTIONS, LLC, a Florida
Limited liability company, and DANIEL LEGER,
an individual,

      Defendants,
_____/

**JOINT MOTION TO APPROVE SETTLEMENT
AGREEMENT AND DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

COMES NOW, Plaintiff, W. ZANE MORGAN ("Plaintiff"), and Defendants, CLARITY LAB SOLUTIONS, LLC and DANIEL LEGER ("Defendants") (collectively the "Parties"), by and through their respective undersigned counsel and pursuant to United States District Court Southern District of Florida Local Rule 7.1, hereby file this Joint Motion to Approve Settlement Agreement and Dismiss Plaintiff's Complaint with Prejudice in accordance with settlement, and state the following in support thereof:

1. Plaintiff was formerly employed by Clarity.

2. On January 22, 2020, Plaintiff filed a Complaint alleging Defendants violated the Fair Labor Standard ACT ("FLSA"), as amended, 29 U.S.C. § 201-216, by failing to pay overtime wages. [DE 1]. Plaintiff sought recovery of alleged unpaid overtime, liquidated damages, attorneys' fees and costs. Defendants denied Plaintiff's allegations.

3. To avoid the uncertainty of further litigation, Plaintiff and Defendants, through their counsel, have resolved all claims in this action through a negotiated settlement on fair and reasonable terms.

4. To memorialize the settlement, the Parties have entered into a Settlement Agreement ("Settlement Agreement"), attached hereto as Exhibit "A".

5. Pursuant to *Lynn's Food Stores*, *Inc v United States*, 679 F. 2d 1350 (11 Cir. 1982), employment and wages claims arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor. Accordingly, the Parties respectfully request that the Court review and approve the attached copy of the Settlement Agreement. (*See* Exhibit A). The Parties stipulate that a copy of the Settlement Agreement attached to this Motion as Exhibit A is a true and authentic duplication of the Settlement Agreement the Parties executed.

6. The Parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiff's FLSA claims because after scrutinizing all records available, the Parties determined that the settlement represents <u>full payment</u> of Plaintiff's alleged overtime and/or liquidated damages, and because Defendants are paying Plaintiff's reasonable attorneys' fees and costs. The Parties also stipulate that the settlement reached between them advances judicial economy.

7. The Parties further stipulate to the Dismissal with Prejudice of this action upon approval by the Court of the Settlement Agreement.

8. The Parties request the court retain jurisdiction for 90 days from the date of this order to enforce the terms of the Settlement Agreement, if necessary.

WHEREFORE, the Parties respectfully request that this Court approve the attached Settlement Agreement, and dismiss with prejudice the claims made by Plaintiff against Defendant in this action.

Dated this 16th day of June, 2020.

Respectfully submitted,

| | |
|---|---|
| By:  /s/Nolan K. Klein<br>Nolan K. Klein, Esq.<br>E-Mail:  klein@nklegal.com<br>**LAW OFFICES OF NOLAN KLEIN, P.A.**<br>5550 Glades Road<br>Suite 500<br>Boca Raton, Florida  33431<br>Telephone:    954-745-0588<br>*Attorney for Plaintiff* | By:  /s/Thomas H. Loffredo<br>Thomas H. Loffredo, Esq.<br>E-Mail:  tom.loffredo@gray-robinson.com<br>Scott L. Cagan, Esq.<br>E-Mail:  scott.cagan@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>401 East Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, Florida  33301<br>Telephone:    954-761-8111<br>Facsimile:    954-761-8112<br>*Attorneys for Defendants* |