UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-60126-CIV-SINGHAL

W. ZANE MORGAN, and all others similarly
situated pursuant to 29 U.S.C. §216(b),

    Plaintiff,

v.

CLARITY LAB SOLUTIONS, LLC, a Florida
Limited liability company, and DANIEL LEGER,
an individual,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismiss Plaintiff's Complaint with Prejudice (DE [22]).  Having carefully reviewed the record and the settlement agreement, which includes an award of attorneys' fees to Plaintiff's counsel as prevailing party in a separate agreement, the Court finds the settlement of this action is fair and reasonable and the requested fee is fair and reasonable and not grossly excessive.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement Agreement and Dismiss Plaintiff's Complaint with Prejudice (DE [22]) is **GRANTED**.

2. The Settlement Agreement and Release (DE [22-1]) between Plaintiff, W. Zane Morgan, and Defendants, Clarity Lab Solutions, LLC and Daniel Leger, which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release (DE [22-1]) for **ninety (90) days**.

5. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 29th day of June 2020.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF